B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Exeter Holding Ltd. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>11-2860504 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>131 Jericho Tpke, Ste 205<br>Jericho, NY<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Nassau<br>ZIP CODE 11753 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2  **Name of Debtor** Exeter Holding Ltd.

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_  
Signature of Petitioner or Representative (State title)  
Kenneth Haltman  
Name of Petitioner  Date Signed 10/18/11

Name & Mailing Address of Individual Signing in Representative Capacity:  
Kenneth Haltman  KH  
~~511 Symmes~~  511 W. Symmes  
Norman, OK 73069

x _[signature]_  11/9/11  
Signature of Attorney   Date  
Law Offices of R. Kenneth Barnard  
Name of Attorney Firm (If any)  
3305 Jerusalem Avenue, Wantagh, NY 11793  
Address  
(516) 809-9397  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
Adam Markel  
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Adam Markel  
23 West Main Street  
Freehold, NJ 07728

x _____  
Signature of Attorney   Date  
Law Offices of R. Kenneth Barnard  
Name of Attorney Firm (If any)  
3305 Jerusalem Avenue, Wantagh, NY 11793  
Address  
(516) 809-9397  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
Robert Penkert  
Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Robert Penkert  
24 West Windsor Pkwy  
Oceanside, NY 11572

x _____  
Signature of Attorney   Date  
Law Offices of R. Kenneth Barnard  
Name of Attorney Firm (If any)  
3305 Jerusalem Avenue, Wantagh, NY 11793  
Address  
(516) 809-9397  
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kenneth Haltman | money loaned | 519,351.04 * |
| Adam Markel | money loaned | 163,197.00 |
| Robert Penkert | money loaned | 66,010.90 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  748,558.94

_____ continuation sheets attached

\* plus continuing interest at 1.5% above prime  KH

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor  Exeter Holding Ltd.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ <br> Signature of Petitioner or Representative (State title) <br> Kenneth Haltman <br> Name of Petitioner                                Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> Kenneth Haltman <br> 511 Symmes <br> Norman, OK 73069 | x _____ <br> Signature of Attorney                                   Date <br><br> Name of Attorney Firm (If any) <br> 3305 Jerusalem Avenue, Wantagh, NY 11793 <br> Address <br> (516) 809-9397 <br> Telephone No. |
|---|---|
| x [signature] <br> Signature of Petitioner or Representative (State title) <br> ~~Adam Markel~~ Adam David Markel PC  11/3/11 <br> Name of Petitioner                                Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> Adam David Markel PC <br> ~~Adam Markel~~ <br> 23 West Main Street <br> Freehold, NJ 07728 | x [signature]  11/9/11 <br> Signature of Attorney                                   Date <br> Law Offices of R. Kenneth Barnard <br> Name of Attorney Firm (If any) <br> 3305 Jerusalem Avenue, Wantagh, NY 11793 <br> Address <br> (516) 809-9397 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br> Robert Penkert <br> Name of Petitioner                                Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity <br> Robert Penkert <br> 24 West Windsor Pkwy <br> Oceanside, NY 11572 | x _____ <br> Signature of Attorney                                   Date <br> Law Offices of R. Kenneth Barnard <br> Name of Attorney Firm (If any) <br> 3305 Jerusalem Avenue, Wantagh, NY 11793 <br> Address <br> (516) 809-9397 <br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kenneth Haltman | money loaned | 519,351.04 |
| ~~Adam Markel~~ Adam David Markel P.C. | money loaned | 163,197.00 |
| Robert Penkert | money loaned | 66,010.90 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims   748,558.94

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2         Name of Debtor __Exeter Holding Ltd.__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Kenneth Haltman | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 3305 Jerusalem Avenue, Wantagh, NY 11793 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Kenneth Haltman  511 Symmes  Norman, OK 73069 | Address  (516) 809-9397  Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Adam Markel | Law Offices of R. Kenneth Barnard |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 3305 Jerusalem Avenue, Wantagh, NY 11793 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Adam Markel  23 West Main Street  Freehold, NJ 07728 | Address  (516) 809-9397  Telephone No. |

| x /s/ Robert Penkert | x /s/ R. K-rr R      11/9/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Robert Penkert           10/31/11 | Law Offices of R. Kenneth Barnard |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 3305 Jerusalem Avenue, Wantagh, NY 11793 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Robert Penkert  24 West Windsor Pkwy  Oceanside, NY 11572 | Address  (516) 809-9397  Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Kenneth Haltman | money loaned | 519,351.04 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Adam Markel | money loaned | 163,197.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Robert Penkert | money loaned | 66,010.90 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  748,558.94 |

_____ continuation sheets attached